# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Tim Landholt <br> *Plaintiff*, <br> v. <br> Kendall Corley; Jeanette McBride *in her official capacity as Clerk of Court for Richland County* <br> *Defendants*. | Civil Action No. 3:22-cv-02599-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

■ summary judgment is entered in favor of the defendants, Kendall Corley; Jeanette McBride *in her official capacity as Clerk of Court for Richland County*, granting defendants' motion for summary judgment.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding. The court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, granting the defendants' motions for summary judgment.

Date: December 12, 2023

*ROBIN L. BLUME, CLERK OF COURT*

*s/ A. Snipes*

*Signature of Clerk or Deputy Clerk*